# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ADAM L. MCCRAY,**

**v.**  Case Nos. 3:13cv333/RV/CJK

**WILLIAM BISHOP,**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 6, 2013 (doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.
3. Plaintiff's motion for emergency preliminary injunction and temporary restraining order be DENIED as MOOT.
4. That the clerk be directed to close the file.

**DONE AND ORDERED** this 4th day of September, 2013.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**